IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND CANYON TRUST, | ) |
| Plaintiff, | ) Case 1:17-cv-00849-BAH |
| vs. | ) JOINT STATUS REPORT IN FOIA CASE |
| RYAN ZINKE, SECRETARY OF THE INTERIOR; OFFICE OF THE SECRETARY; and BUREAU OF LAND MANAGEMENT, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties now submit this joint status report as required by the Court's October 2, 2017 order. This case raises claims under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

Plaintiff sought records from two separate offices within the U.S. Department of the Interior, the Office of the Secretary (of the Interior) and the U.S. Bureau of Land Management ("BLM").

Defendant has completed its response to the Plaintiff's FOIA request and Plaintiff has indicated that the production is satisfactory. The Parties are now engaged in settlement discussions. Because of the facts of this matter, additional settlement authority must be consulted in order to determine if the parties can reach agreement.

**JOINT STATUS REPORT**                                                                                 Page 1

The Parties propose that they be allowed to continue their discussion and inform the Court of their progress on or before December 8, 2017.

A proposed order incorporating this process accompanies this motion.

Respectfully submitted,

Dated:  October 27, 2017
/s/Matt Kenna
MATT KENNA (D.D.C. Bar #CO0028)
Public Interest Environmental Law
679 E. 2nd Avenue, Suite 11B
Durango, Colorado 81301
(970) 749-9149
matt@kenna.net

*Attorney for Plaintiff*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/Benton Peterson
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

*Attorneys for Defendants*