## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRAND CANYON TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Case 1:17-cv-00849-BAH |
| | ) | |
| vs. | ) | |
| | ) | |
| RYAN ZINKE, SECRETARY OF THE | ) | |
| INTERIOR; OFFICE OF THE SECRETARY; | ) | |
| and BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MATT KENNA

I, Matt Kenna, do hereby declare:

1.      I am an attorney focused on public interest environmental law in the federal

courts (including the District Courts, Courts of Appeals, and the Supreme Court)

and have been practicing since October of 1992.  I have filed over two dozen suits

under the Freedom of Information Act as part of this practice.  My resume, with a

list of reported cases I have litigated, is attached to this declaration as Exhibit A.

2.      I was engaged by the Plaintiffs to act as co-counsel in this case, along with

Eric Ames and in-house counsel for Plaintiff Grand Canyon Trust, Neil Levine.  At

the beginning of the case Eric Ames was lead counsel while he was in private

practice, but once he took a position with the State of New Mexico in June of 2017

he withdrew his appearance and I became lead counsel, with Neil Levine continuing

as in-house counsel for Plaintiff.

3.      My time sheet is attached as Exhibit B.  I recorded my time

contemporaneously, and I have exercised billing judgment and have not included

any unnecessary time entries, entries that could have been performed by non-

attorneys etc.

   I declare under penalty of perjury that the foregoing is true and correct.


January 19, 2018                    /s/Matt Kenna
                                    Matt Kenna

Matt Kenna
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
(970) 749-9149  matt@kenna.net
www.mattkenna.com


LEGAL EXPERIENCE

*Attorney in Private Practice*, Durango, Colorado, October 1992 to March 2005 and
October 2009 to present.  Represent citizen groups and individuals
throughout the country in suits and appeals seeking to enforce public-interest
environmental laws, including the Endangered Species Act, National
Environmental Policy Act, Freedom of Information Act, and Clean Water Act.
See list of published opinions, below.

*Staff Attorney*, Western Environmental Law Center, Durango, Colorado, April 2005
to September 2009. Practice involved the same kinds of clients and cases as
above.  Was lead counsel and argued *Summers v. Earth Island Institute*, 555
U.S. 488 (2009) to the U.S. Supreme Court (for plaintiffs/respondents).  I
remain "Of Counsel" with WELC.

*Conferences, Publications & Awards*
Received the 2003 Kerry L. Rydberg Award for excellence in public-interest
environmental litigation, presented at the annual Public Interest
Environmental Law Conference sponsored by the organization Land,
Air & Water, at the University of Oregon School of Law
*Panelist*, Annual Public Interest Environmental Law Conference, Eugene,
Oregon, annually 1993-2016 (except 2001).  Have presented panels on
various topics, including 'The Record and Discovery in Administrative
Procedure Act Suits,"  "Forest Service Appeals and Categorical
Exclusions," "Ethics in Environmental Litigation," "Forest Litigation
in the Twenty-First Century," "Attorney Fees in Environmental
Litigation," "Starting and Running an Environmental Law Practice,"
"The Effect of FWS's Candidate Species Program on Listing Species
under the ESA," and "Developments in Supreme Court and 9th Circuit
Environmental Law."
Authored *Chevron Deference to Agencies: A Two-Way Street*, 15 Southeastern
Envtl. L.J. 395 (2007).
Author of quarterly "On the Law" column for the Durango Herald.
Authored Chapter Two of the 2011 textbook "Cumulative Effects in Wildlife
Management" (CRC Press), "*The NEPA Process: What the Law Says.*"

*Admitted to Practice in the Following Courts*: State of Colorado; U.S. Supreme
Court; U.S. Courts of Appeals for the Sixth, Seventh, Eighth, Ninth, Tenth,
and District of Columbia Circuits; U.S. District Courts for the District of
Colorado and District of Columbia; previous and/or current *pro hac vice*
practice in Arizona, California, Illinois, Nevada, New Mexico, Oregon, Texas,
and Utah.

EDUCATION

*University of Oregon*, Eugene, Oregon.  J.D., 1992.
Order of the Coif (top 10% of class).
Articles Editor, Journal of Environmental Law and Litigation.
Certificate of Completion, Environmental and Natural Resources Law
Program.
Founding Co-Chair, Oregon Law Students' Public Interest Fund.

*University of Vermont*, Burlington, Vermont.  B.A. in Environmental Studies, 1988.

COMMUNITY INVOLVEMENT

La Plata County United Way Allocations Committee member
Colorado Backcountry Hunters & Anglers Vice-Chair
Southwest Colorado Bar Association Grant Committee member
Volunteer, Southwest Colorado Bar Small Claims Mediation Program
Former board member, Energy Minerals Law Center
Former board member, Durango Early Learning Center

REPORTED CASES THROUGH DECEMBER, 2017
(Counsel for plaintiffs unless otherwise indicated)

*Summers v. Earth Island Institute*, 555 U.S. 488 (2009)

*Wild Equity Inst. v. EPA,* 696 Fed. Appx. 843, 705 Fed. Appx. 572 (9th Cir. 2017)

*AquAlliance v. U.S. Bureau of Reclamation*, 856 F.3d 101 (D.C. Cir. 2017)

*Cottonwood Environmental Law Center v. U.S. Forest Service*,
789 F.3d 1075 (9th Cir. 2015)

*Black Mesa Water Coalition v. Jewell,* 776 F.3d 1055 (9th Cir. 2015)

*WildEarth Guardians v. Jewell,* 738 F.3d 298 (D.C. Cir 2013*)*

*Adams v. U.S. Forest Service*, 671 F.3d 1138 (9th Cir. 2012)

Exhibit A to Declaration of Matt Kenna

*Ark Initiative v. U.S. Forest Service*, 660 F.3d 1256 (10th Cir. 2011)

*Diné Citizens Against Ruining our Environment v. Klein*, 439 Fed. Appx. 679, 2011 WL 3793969 (10th Cir. 2011)

*Scherer v. U.S. Forest Service,* 653 F.3d 1241 (10th Cir. 2011)

*Arizona Cattle Growers' Ass'n v. Salazar,* 606 F.3d 1160 (9th Cir. 2010) (counsel for intervenor-defendant)

*Arizona Public Service Co. v. U.S. EPA*, 562 F.3d 1116 (10th Cir. 2009) (counsel for conservationist petitioners/intervenors)

*Biodiversity Conservation Alliance v. Stem,*519 F.3d 1226 (10th Cir. 2008)

*Earth Island Institute v. Ruthenbeck*, 459 F.3d 954 (9th 2006)

*Kern County Farm Bureau v. Allen*, 450 F.3d 1072 (9th Cir. 2006) (counsel for intervenor-defendant)

*Colorado Wild v. U.S. Forest Service*, 435 F.3d 1204 (10th Cir. 2006)

*Heartwood v. U.S. Forest Service*, 380 F.3d 428 (8th Cir. 2004)

*Heartwood v. U.S. Forest Service*, 316 F.3d 694 (7th Cir. 2003)

*Middle Rio Grande Conservancy Dist. v. Norton*, 294 F.3d 1220 (10th Cir. 2002) (counsel for intervenor-defendant)

*Center for Biological Diversity v. Norton*, 262 F.3d 1077 (10th Cir. 2001)

*Center for Biological Diversity v. Norton*, 254 F.3d 833 (9th Cir. 2001)

*Heartwood v. U.S. Forest Service*, 230 F.3d 947 (7th Cir. 2000)

*Forest Guardians v. Babbitt*, 174 F.3d 1178 (10th Cir. 1999)

*Maier v. U.S. EPA*, 114 F.3d 1032 (10th Cir. 1997)

*Maricopa Audubon Soc. v. U.S. Forest Service*, 108 F.3d 1082 (9th Cir. 1997)

*Maricopa Audubon Soc. v. U.S. Forest Service*, 108 F.3d 1089 (9th Cir. 1997)

*Mount Graham Coalition v. U.S. Forest Service*, 108 F.3d 1100 (9th Cir. 1997)

Exhibit A to Declaration of Matt Kenna

*Audubon Soc. v. U.S. Forest Service*, 104 F.3d 1201 (10th Cir. 1997)

*Earth Island Inst. v. Elliot*, 2017 WL 5526572 (E.D. Cal. 2017)

*Diné Citizens Against Ruining Our Environment v. Bureau of Indian Affairs*,
       2017 WL 4277133 (D. Ariz. 2017)

*AquAlliance v. U.S. Army Corps of Engineers*, 243 F. Supp. 3d 193 (D. D.C. 2017)

*Center for Biological Diversity v. U.S. Forest Service*, 2016 WL 5334474
       (C.D. Cal. 2016)

*Wild Equity Institute v. EPA*, 147 F. Supp. 3d 853 (N.D. Cal. 2015)

*AquAlliance v. U.S. Bureau of Reclamation*, 139 F. Supp. 3d 203 (D. D.C. 2015)

*Sequoia ForestKeeper v. Benson*, 108 F. Supp.3 d 917 (E.D. Cal  2015), *see also* 2014
       WL 4193840 (2014)

*Rocky Mountain Wild v. Kornze,* 2014 WL 536946 (D. Colo. 2014)

*Fragosa v. Moore,* 17 F. Supp. 3d 985 (E.D. Cal. 2014)

*Wiechers v. Moore,* 2014 WL 1922237 (E.D. Cal. 2014)

*Western Watersheds Project v. Jewell,* 69 F. Supp. 3d 41 (D. D.C. 2014)

*Bark v. United States Forest Service,* 37 F. Supp.3d 41 (D. D.C. 2014)

*Powder River Basin Resource Council v. BLM,* 37 F. Supp. 3d 59 (D. D.C. 2014)

*Sequoia ForestKeeper v. Tidwell*, 847 F. Supp. 2d 1244 (E.D. Cal. 2012);
       *see also* 847 F. Supp. 2d 1217

*WildEarth Guardians v. Salazar*, 880 F. Supp. 2d 77 (D. D.C. 2012);
       *see also* 859 F. Supp.2d 83; 783 F. Supp. 2d 61; 272 F.R.D. 4

*Center for Biological Diversity v. U.S. Forest Service*,
       820 F. Supp. 2d 1029 (D. Ariz. 2011)

*Bensman v. National Park Service*, 806 F. Supp. 2d 31 (D. D.C. 2011)

*Center for Biological Diversity v. Wildlife Services,*
       649 F. Supp. 2d 974 (D. Ariz. 2009)

*Defenders of Wildlife v. Tuggle*, 607 F. Supp. 2d 1095 (D. Ariz. 2009)

*Heartwood v. U.S. Forest Service*, 431 F. Supp.2d 28 (D. D.C. 2006)

*Earth Island Institute v. Pengilly*, 376 F. Supp.2d 994 (E.D. Cal. Jul 02, 2005)

*New Mexico Cattle Growers Ass'n v. U.S. Fish and Wildlife Service*,
   2004 WL 3426421 (D. N.M. Aug 31, 2004) (counsel for intervenor-defendant)

*Center For Biological Diversity v. Norton*, 2004 WL 1406325 (D. Or. 2004)

*San Juan Audubon Society v. Wildlife Services, Animal and Plant Inspection
   Service*, 257 F. Supp. 2d 133 (D. D.C. 2003)

*Living Rivers v. U.S. Bureau of Reclamation*, 272 F. Supp. 2d 1313 (D. Utah, 2003)

*Center for Biological Diversity v. Norton*, 240 F. Supp. 2d 1090 (D. Ariz. 2003)

*Building Industry Legal Defense Foundation v. Norton*, 231 F. Supp. 2d 100 (D. D.C.
   2002) (counsel for intervenor-defendant)

*Center for Biological Diversity v. U.S. Fish and Wildlife Service*,
   202 F. Supp. 2d 594 (W.D. Tex. 2002)

*Center for Biological Diversity v. Norton*, 163 F. Supp. 2d 1297 (D. N.M. 2001)

*Center for Biological Diversity v. Badgley*, 2001 WL 844399 (D. Or. 2001)

*San Juan Audubon Society v. Veneman*, 153 F. Supp. 2d 1297 (D. D.C. 2001)

*SW Center For Biological Diversity v. Babbitt*, 108 F. Supp. 2d 1209 (D. N.M. 2000)

*Heartwood v. U.S. Forest Service*, 73 F. Supp. 2d 962 (S.D. Ill. 1999)

*SW Center for Biological Diversity v. Clark*, 90 F. Supp. 2d 1300 (D. N.M.  1999)

*SW Center for Biological Diversity v. Babbitt*, 1997 WL 817345
   (D.  Ariz., Dec 11, 1997)

*SW Center for Biological Diversity v. U.S. Bureau of Reclamation*,
   6 F. Supp. 2d 1119 (D. Ariz. 1997)

*SW Center for Biological Diversity v. Babbitt*, 980 F. Supp. 1080 (D. Ariz. 1997)

Exhibit A to Declaration of Matt Kenna

*SW Center for Biological Diversity v. Glickman*, 932 F. Supp. 1189 (D. Ariz. 1996)

*SW Center for Biological Diversity v. Babbitt*, 926 F. Supp. 920 (D. Ariz. 1996)

*Maricopa Audubon Soc. v. U.S. Forest Service*, 923 F. Supp. 1436 (D. N.M. 1995)

*Greater Gila Biodiversity Project v. U.S. Forest Service*,
        926 F. Supp. 914 (D. Ariz. 1994)

EXHIBIT B
*GCT v. ZINKE* (FOIA ON 2016 SECRETARIAL ORDER)

Matt Kenna Hours:

| | | |
|---|---|---|
| 05/08/17 | 1.0 | Emails w/co-counsel re taking case and filing (.6); review complaint & other initiating documents & comment (.4) |
| 05/09/17 | 2.4 | Edit complaint & prep & edit all documents for filing complaint (summons etc) (1.6); emails w/co-counsel re same (.8) |
| 05/10/17 | 0.5 | Review issued summonses & judge assignment, email to co-counsel re service & proof of service (.3); review PHV order & judge's standing order, forward to co-counsel w/instructions (.2) |
| 05/15/17 | 0.3 | File proofs of service |
| 06/01/17 | 0.7 | Review release letter & email co-counsel re same and re lit strat (.4); follow-up emails re same (.3) |
| 06/05/17 | 0.4 | Emails re document review & exemptions w/co-counsel (.2); call with co-counsel re same (.2) |
| 06/12/17 | 0.1 | Review draft notice of co-counsel withdrawal & edit |
| 06/19/17 | 0.4 | Review answer (.2); emails w/co & opp counsel re status report (.2) |
| 06/20/17 | 0.7 | Draft status report & circulate to co-counsel (.4); emails w/co-counsel re same (.2); talk w/opp counsel re same (.1) |
| 06/21/17 | 0.6 | Edit status report based on co-counsel suggestions (.3); emails with co-counsel re same (.2); email to opp counsel for review (.1) |
| 06/22/17 | 1.4 | Research need to exhaust via admin appeals (.8); edit JSR from DOJ (.2); emails w/co-counsel re same (.4) |
| 06/23/17 | 0.4 | Emails w/co & opp counsel re JSR |
| 06/28/17 | 0.8 | Talk to opp counsel re release schedule (.1); emails w/co-counsel re same (.2); review new DOJ draft & edit & circulate to co-counsel (.2); accept edits & finalize for final DOJ review, inc draft proposed order (.3) |
| 06/29/17 | 0.1 | Review scheduling order & email co-counsel re same |
| 06/20/17 | 0.3 | Email w/in-house counsel re lit strat & timing (.2); |

|          |     | email w/co-counsel re withdrawal (.1) |
|----------|-----|---------------------------------------|
| 07/05/17 | 0.3 | Review missing docs from interim release, and emails w/co & opp counsel re same |
| 07/13/17 | 0.2 | Emails w/co & opp counsel re doc production |
| 07/14/17 | 0.3 | Review email from opp counsel re record production, email co & opp counsel re same |
| 09/18/17 | 0.4 | Emails w/ Neil Levine re whether to challenge redactions or dismiss (.4); email re & fee issues (.1) |
| 09/19/17 | 0.3 | Review Eric Ames timesheet & rates, emails re same |
| 09/21/17 | 1.2 | Draft status report for co & opp counsel review (.3); emails w/co & opp counsel re stipulation (2); review NL time sheet & emails re same (.4); draft fee settlement letter (.3) |
| 10/18/17 | 0.6 | Review fee settlement response, calculate suggested amount for response & send to co-counsel for review (.3); emails w/co-counsel re same (.3) |
| 10/19/17 | 1.3 | More emails w/co-cousnel re response, legal research & re-draft responose (1.2); email opp ccounsel w/question (.1) |
| 10/20/17 | 0.2 | Finalize response email & send to opp counsel |
| 10/27/17 | 0.8 | Emails w/opp counsel re status report (.3); edit opp counsel draft report & prop order for filing (.3); emails w/ co-counsel re same (.2) |
| 12/04/17 | 0.1 | Email opp counsel re status of fee settlement response |
| 12/07/17 | 0.6 | Talk to opp counsel re settlement (.1); email opp counsel re same & re briefing schedule (.2); draft status report w/ proposed briefing schedule for review (.3) |
| 12/08/17 | 0.4 | Emails w/ co-counsel re stips for briefing (.2); finalize status report & proposed order for filing (.2) |
| 12/12/17 | 0.2 | Emails w/ co & opp counsel re potential stips for fee briefing |
| 12/19/17 | 0.1 | Follow-up email w/ co-counsel re potential stips |
| 12/20/17 | 0.4 | Email w/ opp counsel re potential stips (.1); review filings in other fee motions to determine requirements (.3) |
| 12/21/17 | 0.3 | Emails w/ Dave Bahr re being fee declarant (.3) |
| 12/28/17 | 1.2 | Draft DB dec & send to him with memo and supporting |

|  |  | documents for review |
|---|---|---|
| 01/02/18 | 0.6 | Draft my fee declaration (.3); send to co-counsel w/memo re requirements for theirs (.3) |
| 01/03/18 | 3.2 | Draft fee motion/memo- section re NL reviewing documents inc. research (1.2); edit Levine decl. w/comments (.7); edit Ames decl. w/comments (.6); second edit of Levine decl. w/comments (.4) emails w/both re declarations (.3) |
| 01/04/18 | 1.5 | Another edit of Levine decl. w/comments (.2); another edit of same (.2) & review final (.2); edit Ames decl. w/comments re needed additions (.9) |
| 01/05/18 | 0.5 | Edit Ames decl. w/comments (.3); emails with Bahr re declaration (.2) |
| 01/08/18 | 2.4 | Another edit of Ames decl. w/ comments (.3); draft fee brief, facts & substantially prevailed sections (2.1) |
| 01/09/18 | 3.4 | First draft of remaining sections of brief |
| 01/10/18 | 0.2 | Emails w/Bahr re his declaration |
| 01/12/18 | 1.7 | Edit Bahr decl. w/comments (.3); edit entire fee brief & send to co-counsel for review with declarations (1.4) |
| 01/15/18 | 1.5 | Edit brief after co-counsel edit w/comments |
| 01/17/18 | 1.3 | Edit brief again after co-counsel 2nd edit |
| 01/18/19 | 0.7 | Final fine edit of brief & finalize |
| 01/19/19 | 0.3 | Review final versions of all documents for filing |

May 2017 hours:               4.2 x $543/hr =     $2,280.60
June 2017-January2018 hours:   32.1 x $563/hr = $18,072.30

Total Kenna fees:                              $20,352.90